# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5180**                                    **September Term, 2022**

**1:22-cv-00545-UNA**

**Filed On:** December 16, 2022

David Earl Wattleton,

      Appellant

    v.

Federal Bureau of Prisons, John or Jane
Doe, Director,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Katsas, Walker, and Childs, Circuit Judges

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's order filed April 22, 2022, be affirmed.  Appellant concedes that the district court correctly concluded that it lacked jurisdiction insofar as the appellant seeks to challenge an order issued by this court. The district court also correctly concluded that appellant failed to state a claim against the Director of the Bureau of Prisons upon which relief could be granted.  See 28 U.S.C. § 1915(e)(2)(B)(ii).  In addition, to the extent appellant seeks a refund from this court or rescission of a fee order issued by this court in 2003, that request is denied for the same reason this court has denied appellant's previous requests for similar relief. See Wattleton v. Dodrill, 589 F. App'x 540 (D.C. Cir. 2014); In re: Wattleton, No. 13-5216, unpublished order (D.C. Cir. Sept. 27, 2013); In re: Wattleton, No. 13-5075, unpublished order (D.C. Cir. June 19, 2013).  Appellant failed to challenge the previously assessed filing fee in the case where the fee was assessed, and he cannot seek relief in this case.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**